**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EDWARD SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC., et al.,<br><br>    Defendants. | Case No. 5:20-cv-07728 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Jon S. Tigar to determine whether it is related to 4:20-cv-06651 JST, *City of Pontiac General Employees' Retirement v. Wesley G. Bush, et al.*

IT IS SO ORDERED.

Date: November 2, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 20-cv-07728 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES