UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY G. BUSH, et al.,<br><br>Defendants. | Case No. 20-cv-06651-JST (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 70 |

The Court's June 24, 2021 Discovery Order granted Plaintiffs' request for discovery in connection with Cisco's motion to terminate the derivative litigation. ECF No. 67. The Court expressed the concern that "[p]roceeding with all this discovery has the potential to be an expensive waste of time if the individual Defendants' motion to dismiss is ultimately successful." *Id*. at 11. Accordingly, the Court stated that "if Cisco withdraws its pending motion to terminate the derivative litigation without prejudice to renewing it later in the event that the Complaint or an amended complaint gets past a motion to dismiss, the Court will stay this discovery order." *Id*. Cisco has since withdrawn its motion to terminate without prejudice to raising it later. ECF No. 70. Accordingly, the June 24 Discovery Order is hereby stayed.

**IT IS SO ORDERED.**

Dated: June 29, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge