ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
       – and –
DARREN J. ROBBINS (168593)
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
HEATHER G. SCHLESIER (322937)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
travisd@rgrdlaw.com
bgoodman@rgrdlaw.com
hschlesier@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WESLEY G. BUSH, et al., <br><br> Defendants, <br><br> – and – <br><br> CISCO SYSTEMS, INC., a California corporation, <br><br> Nominal Defendant. | Case No. 4:20-cv-06651-JST <br><br> STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY DISMISSAL |

4865-1306-4219

1  Plaintiff City of Pontiac General Employees' Retirement System ("Plaintiff"), Derivatively
2  on Behalf of Nominal Defendant Cisco Systems, Inc., Individual Defendants Wesley G. Bush, Mark
3  Garrett, Michael D. Capellas, John L. Hennessy, Kristina M. Johnson, Roderick C. McGeary, Arun
4  Sarin, Brenton L. Saunders, M. Michele Burns, Lisa Su, Steven M. West and Charles H. Robbins
5  ("Individual Defendants"), and Nominal Defendant Cisco Systems, Inc. ("Nominal Defendant")
6  (Plaintiff, Individual Defendants and Nominal Defendant together, the "Parties") have conferred,
7  through counsel, and agree to jointly submit this Stipulation to voluntarily dismiss the above-
8  captioned action (the "Action") pursuant to Rules 23.l(c) and 41(a) of the Federal Rules of Civil
9  Procedure, with prejudice, and in support thereof state as follows:

10  WHEREAS, on September 23, 2020, Plaintiff filed a Verified Shareholder Derivative
11  Complaint in this Action (the "Complaint") (ECF No. 1);

12  WHEREAS, on April 30, 2021, Nominal Defendant and the Individual Defendants moved to
13  dismiss the Complaint (the "Motions to Dismiss") (ECF Nos. 45 and 48);

14  WHEREAS, on March 1, 2022, the Court granted the Motions to Dismiss with leave to
15  amend (ECF No. 86);

16  WHEREAS, Plaintiff does not intend to amend the Complaint;

17  WHEREAS, the Parties agree that each Party shall bear its own fees, costs and expenses
18  incurred in connection with this Action;

19  WHEREAS, no compensation in any form has passed directly or indirectly from any of the
20  Individual Defendants and/or the Nominal Defendant to Plaintiff or Plaintiff's attorneys and no
21  promise to give any such compensation has been made;

22  WHEREAS, the Parties agree and respectfully submit that formal notice to Nominal
23  Defendant's stockholders of this dismissal is unnecessary because this joint Stipulation and
24  [Proposed] Order of Dismissal merely gives effect to the Court's March 1, 2022 Order given that no
25  amended complaint will be filed.

26  NOW, THEREFORE, it is hereby stipulated and agreed by the Parties, through their
27  respective counsel of record, that, subject to approval of the Court, this Action shall be dismissed
28  with prejudice.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATED: April 8, 2022 | ROBBINS GELLER RUDMAN |
| 3 | |   & DOWD LLP<br>DARREN J. ROBBINS |
| 4 | | TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III |
| 5 | | HEATHER G. SCHLESIER |

                                                   s/ Travis E. Downs III
                                                   TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
travisd@rgrdlaw.com
bgoodman@rgrdlaw.com
hschlesier@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Attorneys for Plaintiff

ASHERKELLY
CYNTHIA J. BILLINGS-DUNN
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Telephone: 248/746-2710
248/747-2809 (fax)
cbdunn@asherkellylaw.com

Additional Counsel for Plaintiff

STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY DISMISSAL - 4:20-cv-06651-JST   - 2 -
4865-1306-4219

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | DATED: April 8, 2022 | FENWICK & WEST LLP<br>DEAN S. KRISTY<br>JENNIFER BRETAN |
| 3 |   |   |
| 4 |   |   |
| 5 |   | <u>    s/ Dean S. Kristy    </u><br>DEAN S. KRISTY |
| 6 |   |   |
| 7 |   | 555 California Street, 12th Floor<br>San Francisco, California 94104<br>Telephone: 415/875-2300 |
| 8 |   | 415/281-1350 (fax)<br>dkristy@fenwick.com |
| 9 |   | jbretan@fenwick.com |
| 10 |   | Attorneys for Defendants Wesley G. Bush, Mark Garrett, Michael D. Capellas, John L. Hennessy, Kristina M. Johnson, Roderick C. McGeary, Arun Sarin, Brenton L. Saunders, M. Michele Burns, Lisa Su, Steven M. West, Charles H. Robbins and Nominal Defendant Cisco Systems, Inc. |

Pursuant to Civil Local Rule No. 5-1(h)(3), all signatories concur in filing this stipulation.

<u>    s/Travis E. Downs III    </u>
TRAVIS E. DOWNS III

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  4/12/22

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE